'special report,' so that the provisions of the third un-numbered paragraph of Section 10 of the FTC Act, providing for forfeitures in the sum of $100 per day for each day of failure to file a 'report,' have no application?

"5. Are petitioner's retained file copies of confidential reports to the Bureau of Census for the Census of Manufactures subject to the investigative processes of the Commission?

"6. Does the investigative power asserted by the Commission under Section 6 (b) of the FTC Act, if not reviewable except at the risk of paying forfeitures accumulated at the rate of $100 per day throughout the period of noncompliance, including the period of judicial review, deprive petitioner of its property without due process of law?"

Since time will not permit a hearing and determination of these issues until our next Term, petitioner's motion pursuant to § 10 (d) of the Administrative Procedure Act, 60 Stat. 243, 5 U. S. C. (1958 ed.) § 1009 (d), is granted to the extent of tolling, as of the filing of its petition on February 7, 1961, and pending this Court's disposition of the writ of certiorari, the further running and accumulation of forfeitures under § 10 of the Federal Trade Commission Act, 38 Stat. 723, 15 U. S. C. (1958 ed.) § 50. Petitioner's liability for forfeitures accruing prior to February 7, 1961, is to abide the event of this litigation.

*Horace R. Lamb* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Kirkpatrick* and *Richard A. Solomon* for the United States.

No. 722. UNITED STATES *v.* UNION CENTRAL LIFE INSURANCE Co. Supreme Court of Michigan. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Fred E. Young-*

*man* for the United States. *H. William Butler* for respondent.

No. 702. SCHNEIDER ET AL. *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *David I. Stepacoff* and *Morris Spritzer* for petitioners. *David M. Satz, Jr.* for respondent.

No. 717. WOMACK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward J. Lynch* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 728. ZAJICEK ET AL. *v.* KOOLVENT METAL AWNING CORP. OF AMERICA. C. A. 9th Cir. Certiorari denied. *Albert M. Herzig* for petitioners. *Joseph W. Aidlin* for respondent.

No. 730. STANDARD OIL Co. OF CALIFORNIA *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied. *Thomas Todd* and *DeWitt Williams* for petitioner. *John J. O'Connell,* Attorney General of Washington, and *John W. Riley,* Deputy Attorney General, for respondent.

No. 753, Misc. BROWN *v.* DIRECTOR, PATUXENT INSTITUTION. Court of Appeals of Maryland. Certiorari denied.